*1088364*
*$32.69*

# THOMAS GAFFNEY, TRUSTEE
BANKRUPTCY TRUSTEE
80 WEST HURON STREET
BUFFALO, NY 14202
Telephone: (716) 852-1102

August 18, 2009

Clerk US Bankruptcy Court
300 Pearl Street
Buffalo, NY 14202

    Re:    In re SOLOMON, VANESSA D. and SOLOMON, CORTEZ L.
              Case No. 08-11573 CLB

Dear Claimant:

    Enclosed herein please find Check No. 118 in the amount of $32.69 for Claim #5 National Bank Claim # 6 E-Cast, Claim # 7 E-Cast Claim #8 Wells Fargo and Claim #9 Buffalo Emergency Associates, Claim #15 PYOD Claim # 19 PYOD in the above captioned bankruptcy proceeding. Enclosed is the Report of Distribution and Order Allowing Compensation for your convenience.

              Very truly yours,

              THOMAS GAFFNEY, TRUSTEE
              Bankruptcy Trustee

Enclosure



FILED
AUG 24 2009
BANKRUPTCY COURT
BUFFALO, N.Y.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:
SOLOMON, VANESSA D.
SOLOMON, CORTEZ L.
RUSSELL, VANESSA
SOLOMON, CORTEZ L., SR.
                    Debtor(s).

Chapter 7

Case No. 08-11573 CLB

## ORDER ALLOWING COMPENSATION
## AND CHAPTER 7 ADMINISTRATIVE EXPENSES

The Court, after having reviewed and considered the request for trustee commissions and expenses of the Chapter 7 Trustee herein, and other applications for fees and expenses, if any, and the Court having considered the request for approval of Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report) for which approval has not yet been sought, and the Court having considered filed objections, if any, and upon due deliberation, it is

ORDERED that Trustee's commissions and expenses, and other professional's fees and expenses are allowed and approved as follows:

| Applicant(s) | Amounts Allowed | |
| --- | --- | --- |
| | Compensation | Expenses |
| THOMAS J. GAFFNEY, Trustee | $ 251.75 | $ 30.54 |

and it is further

ORDERED that the Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report) not yet approved are now allowed and approved, and it is further

ORDERED that the Trustee shall pay the following expenses of administration to the Clerk, U.S. Bankruptcy Court:

| | |
| --- | --- |
| Notices | $_____ |
| Claims | $_____ |
| Complaints | $_____ |
| Other | $_____ |
| Total to Clerk | $ 0.00 |

JUL 2 1 2009

Dated: May 6, 2009

Honorable CARL L. BUCKI
United States Bankruptcy Judge

FILED
JUL 2 1 2009
BANKRUPTCY COURT
BUFFALO, N.Y.

# Claims Proposed Distribution

## Case: 08-11573 SOLOMON, VANESSA D.

| Case Balance: | $1,006.99 | Total Proposed Payment: | $1,006.99 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | THOMAS J. GAFFNEY, <2100-00 Trustee Compensation> | Admin Ch. 7 | 251.75 | 251.75 | 0.00 | 251.75 | 251.75 | 755.24 |
|  | THOMAS J. GAFFNEY, <2200-00 Trustee Expenses> | Admin Ch. 7 | 30.54 | 30.54 | 0.00 | 30.54 | 30.54 | 724.70 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | **282.29** | **282.29** | **0.00** | **282.29** | **282.29** | |
| 1 | Capital Recovery One | Unsecured | 2,348.99 | 2,348.99 | 0.00 | 2,348.99 | 25.80 | 699.40 |
| 2 | Nelnet | Unsecured | 35,701.27 | 35,701.27 | 0.00 | 35,701.27 | 384.46 | 314.94 |
| 3 | Nelnet | Unsecured | 5,374.50 | 5,374.50 | 0.00 | 5,374.50 | 57.88 | 257.06 |
| 4 | Chase Bank USA NA | Unsecured | 2,607.08 | 2,607.08 | 0.00 | 2,607.08 | 28.08 | 228.98 |
| 5 | National Bank | Unsecured | 357.00 | 357.00 | 0.00 | 357.00 | 3.84 | 225.14 |
| 6 | eCAST Settlement Corporation assignee of | Unsecured | 424.91 | 424.91 | 0.00 | 424.91 | 4.58 | 220.56 |
| 7 | eCAST Settlement Corporation assignee of | Unsecured | 363.42 | 363.42 | 0.00 | 363.42 | 3.91 | 216.65 |
| 8 | Wells Fargo Financial New York Inc | Unsecured | 269.76 | 269.76 | 0.00 | 269.76 | 2.91 | 213.74 |
| 9 | BUFFALO EMERGENCY ASSOCIATES | Unsecured | 306.00 | 306.00 | 0.00 | 306.00 | 3.30 | 210.44 |
| 10 | National Bank | Unsecured | 4,026.83 | 4,026.83 | 0.00 | 4,026.83 | 43.36 | 167.08 |
| 11 | Capital Recovery II | Unsecured | 1,615.41 | 1,615.41 | 0.00 | 1,615.41 | 17.40 | 149.68 |
| 12 | PYOD LLC its successors and assigns | Unsecured | 902.23 | 902.23 | 0.00 | 902.23 | 9.72 | 139.96 |
| 13 | PYOD LLC its successors and assigns | Unsecured | 885.48 | 885.48 | 0.00 | 885.48 | 9.54 | 130.42 |
| 14 | PYOD LLC its successors and assigns | Unsecured | 620.56 | 620.56 | 0.00 | 620.56 | 6.68 | 123.74 |
| 15 | PYOD LLC its successors and assigns | Unsecured | 415.63 | 415.63 | 0.00 | 415.63 | 4.48 | 119.26 |
| 16 | PYOD LLC its successors and assigns | Unsecured | 1,245.73 | 1,245.73 | 0.00 | 1,245.73 | 13.42 | 105.84 |
| 17 | Capital Recovery II | Unsecured | 759.08 | 759.08 | 0.00 | 759.08 | 8.17 | 97.67 |
| 18 | Capital Recovery II | Unsecured | 463.78 | 463.78 | 0.00 | 463.78 | 4.99 | 92.68 |
| 19 | Capital Recovery II | Unsecured | 434.83 | 434.83 | 0.00 | 434.83 | 4.68 | 88.00 |
| 20 | eCAST Settlement Corp | Unsecured | 1,238.59 | 1,238.59 | 0.00 | 1,238.59 | 13.34 | 74.66 |
| 21 | Sallie Mae | Unsecured | 2,387.84 | 2,387.84 | 0.00 | 2,387.84 | 25.71 | 48.95 |
| 22 | SOUTHEASTERN ASSET RECOVERY SERVICES, LLC | Unsecured | 3,848.34 | 3,848.34 | 0.00 | 3,848.34 | 41.44 | 7.51 |
| 23 | Roundup Funding, LLC | Unsecured | 697.79 | 697.79 | 0.00 | 697.79 | 7.51 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | **67,295.05** | **67,295.05** | **0.00** | **67,295.05** | **724.70** | |

# Claims Proposed Distribution

## Case:  08-11573   SOLOMON, VANESSA D.

| Case Balance: | $1,006.99 | | Total Proposed Payment: | $1,006.99 | | Remaining Balance: | $0.00 | |
|---|---|---|---|---|---|---|---|---|
| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
| | Total for Case 08-11573 : | | $67,577.34 | $67,577.34 | $0.00 | $67,577.34 | $1,006.99 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $282.29 | $282.29 | $0.00 | $282.29 | 100.000000% |
| Total Unsecured Claims : | $67,295.05 | $67,295.05 | $0.00 | $724.70 | 1.076899% |